MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: janaki.gandhi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-0330 JST |
|     Plaintiff, ) | |
|   v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME UNDER 18** |
| FERNANDO ALBERTO GUZMAN ) | **U.S.C. § 3161** |
| ESQUIVEL, ) | |
|     Defendant. ) | |

      On June 21, 2013, the parties in this case appeared before the Court. At that time, the Court set the matter to August 9, 2013. The parties have agreed to exclude the period of time between June 21, 2013 and August 9, 2013 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel, in light of the fact of that defense counsel is in the process of reviewing discovery in the matter. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 13-0330 JST

1  At the hearing, the Court made findings consistent with this agreement.  SO STIPULATED:

MELINDA HAAG
United States Attorney

6  DATED: June 21, 2013            _____/s/_____
                                   JANAKI GANDHI
                                   Special Assistant United States Attorney

9  DATED: June 21, 2013            _____/s/_____
                                   JODI LINKER
                                   Attorney for Defendant
                                   Fernando Alberto Guzman Esquivel

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 13-0330 JST

[PROPOSED] ORDER

For the reasons stated above and at the June 21, 2013 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 21, 2013, and August 9, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: June 25, 2013

_____
THE HONORABLE JON S. TIGAR
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 13-0330 JST