MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7050
 Facsimile: (415) 436-7234
 E-Mail: janaki.gandhi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-0330 JST |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| FERNANDO ALBERTO GUZMAN ESQUIVEL, | ) | |
| Defendant. | ) | |

On August 9, 2013, the parties in this case appeared before the Court.  At that time, defense counsel represented that additional time would be required to review discovery provided by the government and reach a possible resolution in the case with the government.  As a result, the Court set the matter to August 20, 2013.

The parties have agreed to exclude the period of time between August 9, 2013, and August 20, 2013, from any time limits applicable under 18 U.S.C. § 3161.  The parties agreed that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 13-0330 JST

served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this agreement.  SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: August 9, 2013                    _____/s/_____
                                         JANAKI GANDHI
                                         Special Assistant United States Attorney

DATED: August 9, 2013                    _____/s/_____
                                         JODI LINKER
                                         Attorney for Defendant
                                         Fernando Alberto Guzman Esquivel

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 13-0330 JST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

For the reasons stated above and at the August 9, 2013 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from August 9, 2013, and August 20, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).


IT IS SO ORDERED.

DATED:  August 12, 2013

_____
THE HONORABLE JON S. TIGAR
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 13-0330 JST